# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YAN CHEN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendant. | No. 8:22-cv-01835-CJC (JDEx)<br><br>ORDER<br><br><br>Honorable Cormac J. Carney<br>United States District Judge |

　　Pursuant to the Stipulation filed by the parties for a stay of this action and the supporting Declaration of Joshua C. Teets, and for good cause shown, IT IS HEREBY ORDERED that this action is stayed. It is further ordered that the parties will file a status report on or before June 8, 2023, if the case has not been dismissed.

Dated: January 10, 2023

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1 | Presented by,
2 |
3 | E. MARTIN ESTRADA
  | United States Attorney
4 | DAVID M. HARRIS
  | Assistant United States Attorney
5 | Chief, Civil Division
6 | JOANNE S. OSINOFF
  | Assistant United States Attorney
7 | Chief, General Civil Section
8 | JOSHUA C. TEETS
  | Special Assistant United States Attorney

    /s/ Joanne S. Osinoff
    JOANNE S. OSINOFF
    Assistant United States Attorney

    Attorneys for Defendants